UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

UNITED STATES OF AMERICA

VERSUS                                              CRIMINAL NO.: 06-150-JVP-CN

LARRY WRIGHT, JR.

## RULING ON RENEWED
## MOTION FOR CONTINUANCE

This matter is before the court upon the defendant's renewed motion for continuance of trial (doc. 116) presently set for March 24, 2008. The government does not oppose the motion.

Although trial of this matter has already been continued once, counsel for defendant asserts that continuance is absolutely essential to his presentation of an adequate defense. The matter has been certified as complex under 18 U.S.C. § 3161(h)(8)(B)(ii) (doc. 67). A serious issue regarding the availability of a key defense witness has recently arisen as to the present trial date. Counsel for defendant represents that the testimony of the witness (an expert clinical psychologist) is critical to a proper presentation of the defendant's case to the jury. Counsel represents that the witness will be available on the suggested new trial date.

Counsel also represents that new and complex legal issues have arisen concerning additional F.R.Cr.P. Rule 404(b) evidence that the government now

intends to offer at trial – and that the defense needs additional time to prepare the defense response thereto.

For the foregoing reasons, the court finds that the ends of justice served by continuing the trial outweigh the best interest of the public and the defendant in a speedy trial.

Accordingly, defendant's motion for continuance (doc. 116) is hereby GRANTED and the trial set for March 24, 2008, is hereby continued beginning Monday, **June 23, 2008, at 9:00 a.m., in Courtroom 1.**

Baton Rouge, Louisiana, March 18, 2008.

JOHN V. PARKER
UNITED STATES DISTRICT JUDGE
MIDDLE DISTRICT OF LOUISIANA