UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| UNITED STATES OF AMERICA | : | |
| --- | --- | --- |
| | : | |
| versus | : | CRIMINAL NO. 06-150-JVP-CAN |
| | : | |
| LARRY WRIGHT, JR. | : | |

**MOTION IN LIMINE TO ENSURE IMPEACHMENT IS IN
COMPLIANCE WITH THE FEDERAL RULES OF EVIDENCE**

NOW INTO COURT comes the United States of America, by David R. Dugas, United States Attorney for the Middle District of Louisiana, through J. Walter Green, Assistant United States Attorney, and respectfully submits that as Christopher Cardasco, a witness of the United States in this matter, this motion in limine is to ensure impeachment by the defense complies with the Federal Rules of Evidence.

**FACTS:**

On November 14, 2007, Christopher Cardasco was charged with rape in the District Court of Christian County, Kentucky. The matter is currently pending.

The Untied States offers that the defense should not be allowed to impeach Cardasco on this unresolved matter. Prior prior bad acts that have not resulted in a conviction are admissible if they pertain to the witness's character for truthfulness or untruthfulness. See Fed. R. Evid. 608(b). However, violent crimes are "irrelevant to a witness's character for truthfulness." U.S. v. Parker, 133 F.3d 322, 327 (5th Cir. 1998).

As previously stated to the defense in an e-mail of March 11, 2008, the United States has not agreed to give Cardasco a favorable recommendation or intercede on his behalf regarding his pending charges. In this e-mail to defendant's counsel, the United States stated that, "The United States will inform Cardasco's defense attorney or the District Attorney of the facts if asked by either of those parties whether it be positive or negative. There is no agreement that Cardasco will receive anything for his testimony in this case."

As in Parker, this foreclosures the defendant's potential argument that cross examination by the defendant on the witness's pending state charges may illicit a possible bias even if it was permissible under Fed. R. Evid. 608(b). U.S. v. Parker, 133 F.3d 322 (citing U.S. v. Benavidez, 664 F.2d 1255, 1262 (5th Cir. 1982)).

The United States does not object to the impeachment regarding the convictions of Cardasco. These convictions include:

    a.    Cruelty to a juvenile on September 30, 2002 - sentenced to eighteen (18) months confinement;

    b.    Purse snatching on September 30, 2002 - sentenced to twenty-four (24) months confinement;

    c.    Simple criminal damage to property on September 30, 2002 - sentenced to eighteen (18) months confinement; and

    d.    Simple assault on October 10, 2006 - sentenced to ninety (90) days confinement (suspended) and six (6) months probation.

While the first three convictions comply with the requirements of Fed. R. Evid. 609, the fourth conviction, simple assault, is a misdemeanor and therefore does not meet the same requirements. However, since the Bureau of Alcohol, Tobacco, Firearms and Explosives did convey his cooperation to prosecutors, this may have factored into his plea and/or his sentence. The United States would concede that this misdemeanor conviction is potentially admissible under Fed. R. Evid. 607.

For the reasons stated previously, any other arrests that may involve Cardasco should be allowed as impeachment only if the defense complies with Fed. R. Evid. 608(b).

UNITED STATES OF AMERICA, by

DAVID R. DUGAS
UNITED STATES ATTORNEY

/s/ J. Walter Green
J. Walter Green, LBN 27812
Assistant United States Attorney
777 Florida Street, Suite 208
Baton Rouge, Louisiana 70801
Telephone: (225) 389-0443
Fax: (225) 389-0561
E-mail: walt.green@usdoj.gov

# UNITED STATES DISTRICT COURT

# MIDDLE DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| versus | : | CRIMINAL NO. 06-150-JVP-CAN |
| | : | |
| LARRY WRIGHT, JR. | : | |

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the *United States' Motion in Limine to Ensure Impeachment is in Compliance with the Federal Rules of Evidence* was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to James E. Boren III by operation of the court's electronic filing system.

Baton Rouge, Louisiana this 6th day of May, 2008.

/s/ J. Walter Green
J. Walter Green
Assistant United States Attorney