UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

UNITED STATES OF AMERICA

VERSUS                                                             CRIMINAL ACTION

LARRY WRIGHT, JR.                                          NO. 06-150-JVP-CN

## RULING ON MOTION

This matter is before the court on a yet-unopposed motion (doc. 124) by defendant, Larry Wright, Jr., for reconsideration of the court's ruling dated June 6, 2008 regarding the use of testimony that at other times and on other cases, the defendant assisted and provided information in other criminal investigations. As the court stated in the ruling (doc. 121, p. 8), the court has already ruled that defendant must establish that he was duly authorized by legal and competent authority to engage in such activities in this case. The court also notes that none of the potential witnesses named by defendant are represented as having the power to authorize defendant to violate federal law and this is a federal case.

Defense counsel argues that statements made during the January 30, 2008 evidentiary hearing left him under the impression that a ruling regarding the relevance of certain testimony would be reserved for trial. The cited colloquy indicates that at the time of the hearing, both the court and counsel agreed that ruling at trial on this issue would be sufficient. Subsequent to the hearing, however,

1

the court determined that considering the complexity of the case, it would be beneficial to both parties to have the issue resolved before trial. Defense counsel presents no *legal* principle to justify reconsideration of the court's ruling.

Accordingly, the motion by defendant, Larry Wright, Jr., for reconsideration of the court's ruling dated June 6, 2008 regarding the use of public authority witnesses (doc. 124) is hereby **DENIED**.

Baton Rouge, Louisiana, June 11, 2008.

                                       JOHN V. PARKER
                                       UNITED STATES DISTRICT JUDGE
                                       MIDDLE DISTRICT OF LOUISIANA